**Stella M. PADGETT, Appellant,**

v.

**EXPRESS PERSONNEL SERVICES, Respondent.**

**No. 70154.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 22, 1996.

John B. Schwabe, II, Howard J. Berman, Law Firm of John B. Schwabe, II, St. Louis, for appellant.

Mark R. Kornblum, Evans & Dixon, St. Louis, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Stella M. Padgett ("claimant"), appeals the Final Award of the Labor and Industrial Relations Commission ("Commission") denying her claim for compensation for a work-related injury. We affirm.

We have read the briefs of the parties and have reviewed the legal file and find the Final Award of the Commission is supported by competent and substantial evidence and no error of law appears. As we further find no jurisprudential purpose would be served by an extended opinion, we affirm the Commission's award pursuant to Rule 84.16(b). A memorandum explaining the reasons for our decision is attached solely for the use of the parties involved.

**Kim Allene HEUSCHOBER, Appellant,**

v.

**Michael Scott HEUSCHOBER, Respondent.**

**No. 69524.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 22, 1996.

Susan K. Roach, Chesterfield, for appellant.

Daniel P. Card, II, Alisse C. Camazine, St. Louis, for respondent.

Scott Meyer, St. Louis, guardian ad litem.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

Kim Allene Heuschober appeals from a child custody modification judgment in which the primary physical custody of her minor child was changed to her former husband, Michael Scott Heuschober. We affirm.

An extended opinion would serve no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).